**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 09-cv-00538-REB-MJW

DAVID DEAN YOUNG,

     Applicant,

v.

RON WILEY,

     Respondent.

---

**ORDER REFERRING HABEAS PETITION TO MAGISTRATE JUDGE FOR
REPORT AND RECOMMENDATION**

---

**Blackburn, J.**

     This matter comes before the Court, *sua sponte.*

     **IT IS ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(B) and (C), and
D.C.COLO.LCivR 72.1C.3, the United States Magistrate Judge is designated to conduct
proceedings in this action as follows:

     (X)    Hear and determine pretrial matters, as referred.

     (X)    Provide a report and recommendation with regard to the petition.

     **IT IS FURTHER ORDERED that parties and counsel shall be familiar and
comply with the undersigned judge's requirements found at
www.cod.uscourts.gov.**

     Dated April 23, 2009, at Denver, Colorado.

                BY THE COURT:

                Robert E. Blackburn
                United States District Judge