IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00538-REB-MJW

DAVID DEAN YOUNG,

Petitioner,

v.

RON WILEY, Warden,

Respondent.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the petitioner's Motion to Order Respondent to Show Cause (Docket No. 15) is granted.  Accordingly, it is further

      ORDERED that on or before July 10, 2009, respondent shall file a response to the Application for a Writ of Habeas Corpus (Docket No. 2).

Date: June 9, 2009