IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00538-REB-MJW

DAVID DEAN YOUNG,

Petitioner,

v.

RON WILEY, Warden,

Respondent.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

    It is hereby **ORDERED** that the petitioner's Motion to Construe Applicant's Reply as a Response to Order to Show Cause **(Docket No. 28)** is **grante**d. Accordingly, Docket No. 27 will be considered by the court as the petitioner's response to this court's Order to Show Cause (Docket No. 25) along with petitioner's arguments in Docket No. 28. It is further

    **ORDERED** that the respondent shall file a reply to the arguments made by the petitioner in Docket Nos. 27 and 28 on or before **July 7, 2010**.

Date: June 16, 2010

1